# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

In re

| | |
|---|---|
| Joshuah Caleb Ackiss<br>Elizabeth Ruth Ackiss, | Case No. 19-35611-KRH<br>Chapter 7 |
| Debtor(s). | |

### ORDER EXTENDING TIME (1) TO FILE A COMPLAINT TO OBJECT TO THE DISCHARGE AND (2) TO FILE A MOTION TO DISMISS PURSUANT TO 11 U.S.C. § 707

This matter came before the Court upon the United States Trustee's Motion To Extend Time (1) To Object To Discharge And (2) To File A Motion To Dismiss Pursuant To 11 U.S.C. §707 (the "Motion"), and it appearing that due notice was given and that good cause exists to grant the relief sought in the Motion, it is hereby ORDERED:

1. The Motion is GRANTED.

2. Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

3. The last day to file a complaint to object to the above captioned Debtors' discharge or to file a motion to dismiss this case is extended through and including April 30, 2020.

4. Upon entry, the Clerk is directed to send a copy of this Order to all parties on the service list attached hereto.

**Dated:** Feb 20 2020

/s/ Kevin R Huennekens
_____
**Kevin R. Huennekens**
**Bankruptcy Judge**
**United States Bankruptcy Court**

Entered on Docket: Feb 20 2020

---

Kenneth N. Whitehurst, III, Esq., AUST (Va. Bar No. 48919)
Shannon Pecoraro, Esq. (Va. Bar No. 46864)
Office of the United States Trustee
701 East Broad Street - Suite 4304
Richmond, VA 23219
Telephone (804) 771-2310
Facsimile (804) 771-2330

I ask for this:

/s/ Shannon Pecoraro
Shannon Pecoraro, Esq.
Office of the United States Trustee
701 East Broad Street - Suite 4304
Richmond, VA 23219_____

## **CERTIFICATION**

I hereby certify that this Order has been either served on or endorsed by all necessary parties.

/s/ Shannon Pecoraro
Shannon Pecoraro

## SERVICE LIST

Joshuah Caleb Ackiss
Elizabeth Ruth Ackiss
P. O. Box 28
Thornburg, VA  22565

Carolyn E. Dahlberg, Esq.
Woehrle, Dahlberg, Joes, Yao, PLLC
2016 Lafayette Blvd., Suite 101
Fredericksburg, VA  22405

Peter J. Barrett, Esq.
Kutak Rock LLP
901 East Byrd Street, Suite 1000
Richmond, VA  23219

Shannon Pecoraro, Esq.
Trial Attorney
Office of the United States Trustee
701 East Broad Street - Suite 4304
Richmond, VA 23219_____